No. 7,393.—IN RE ESTATE OF ELIZABETH D. BAXTER. JERE A. CLIFFORD, PLAINTIFF, v. ANDREW J. DAVIS, EXECUTOR, ET AL., RESPONDENTS; JAMES HAMILTON ET AL., APPELLANTS.

Decided November 27, 1934.

PER CURIAM.—On motion of appellants herein to dismiss the appeal taken by them from the judgment entered on July 7, 1934, it is ordered that the appeal be dismissed.

*Mr. W. D. Kyle*, for Appellants.

No. 7,397.—MAUDE O. CROYLE, RESPONDENT, v. HARRY P. CROYLE, APPELLANT.

Decided December 12, 1934.

PER CURIAM.—Motion of appellant to dismiss the appeal herein is granted, and the appeal is accordingly dismissed.

*Mr. E. F. Bunker*, for Appellant.